**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1371**

_____

KAZEEM ADESHINA ISHOLA, a/k/a John Alexander, a/k/a Robert Hutton, a/k/a Daniel Luroche, a/k/a Victor Sille, a/k/a Christopher J. Pitera, a/k/a James P. McNicolas,

        Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  July 17, 2013            Decided:  July 25, 2013

_____

Before KING, DUNCAN, and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kazeem Adeshina Ishola, Petitioner Pro Se.  Stefanie A. Svoren-Jay, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kazeem Adeshina Ishola, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely and numerically barred. We have reviewed the administrative record and Ishola's contentions, and conclude that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a), (c) (2013). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Ishola, (B.I.A. Mar. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED